Bruce W. PATTON, Petitioner,

v.

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, Respondent.

No. 2008–3171.

United States Court of Appeals, Federal Circuit.

Jan. 15, 2009.

Christopher F. Attig, Attig Law Firm, PLLC, of Dallas, TX, argued for petitioner.

Jane W. Vanneman, Senior Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Gregory G. Katsas, Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director. Of counsel was Brian T. Edmunds, Trial Attorney.

NEWMAN, SCHALL, and GAJARSA, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.